# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Frederick Dryer, <br> Elvin Lamont Bethea, and, <br> Edward Alvin White, <br><br> Plaintiffs, <br> v. <br> National Football League, <br><br> Defendant. | Case No. 0:09-cv-02182-PAM-AJB <br><br> **PLACEHOLDER FOR NATIONAL FOOTBALL LEAGUE'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*National Football League's Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 5MB, illegible when scanned)

___ Physical Objects (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal pursuant to a court order* (Document number of protective order: 34)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1

___ Other (description):

US.54819210.01