# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

John Frederick Dryer,
Elvin Lamont Bethea, and
Edward Alvin White,

                Plaintiffs,

v.

National Football League,

                Defendant.

Case No. 09-2182 (PAM/FLN)

**PLACEHOLDER FOR
PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion for Summary Judgment**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Document number of protective order: 34)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
      (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).