# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| John Frederick Dryer, Elvin Lamont Bethea, and Edward Alvin White,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League,<br><br>　　　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:  09-cv-2182 PAM/FLN |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Partial Summary Judgment (Docket No. 538) is DENIED;
2. Defendant's Motion for Summary Judgment (Docket No. 542) is GRANTED;
3. Plaintiffs' Appeal (Docket No. 566) is DENIED as moot; and
4. The Second Amended Complaint (Docket No. 258) is DISMISSED with prejudice.

| | |
|---|---|
| October 10, 2014<br>Date | RICHARD D. SLETTEN, CLERK<br><br>　　　　　　　　　LP Holden<br>(By)　　　　　LP Holden, Deputy Clerk |